UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| ALISON M. PLAHITKO, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 1:25-cv-00468-RLY-KMB |
| | ) |
| COMMUNITY HEALTH NETWORK, INC., | ) |
| | ) |
| Defendant. | ) |

## ENTRY AND ORDER FROM INITIAL PRETRIAL CONFERENCE

The Parties, by counsel, appeared for an Initial Pretrial Conference on June 10, 2025, with Magistrate Judge Kellie M. Barr. The Case Management Plan submitted in this case is **APPROVED** as amended and will be entered as a separate order.

Counsel did raise a discovery issue at the IPTC, as they indicated they would in the "Other Matters" section of the proposed case management plan. The Court discussed that issue with counsel and **ORDERED** that they continue to meet and confer. The Court did indicate they need **not** request another discovery conference pursuant to Local Rule 37-1 on that specific issue before filing a discovery motion related to it, if appropriate.

This matter is set for a Telephonic Status Conference on **August 26, 2025, at 10:00 a.m. (Eastern)**, with Magistrate Judge Kellie M. Barr. The Court will contact counsel through the Court's electronic filing system with the call-in information to be used to participate in the conference.

**SO ORDERED.**

Date: 6/16/2025

_Kellie M. Barr_
Kellie M. Barr
United States Magistrate Judge
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email