UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| ALISON M. PLAHITKO, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 1:25-cv-00468-RLY-KMB |
| | ) |
| COMMUNITY HEALTH NETWORK, INC., | ) |
| | ) |
| Defendant. | ) |

## ENTRY AND ORDER FROM TELEPHONIC STATUS CONFERENCE

The Parties, by counsel, appeared for a Telephonic Status Conference on February 17, 2026, with Magistrate Judge Kellie M. Barr. Counsel reported to the Court that this case settled at a private mediation earlier this month. Counsel also reported that the case of *Plahitko v. Community Health*, Cause No. 1:25-cv-00520-JPH-TAB, also resolved at that private mediation.

**In the above-captioned case only**, all pending motions, if any, are now **DENIED AS MOOT** and all previously ordered dates relating to discovery, filings, schedules, conferences, and trial, if any, are **VACATED**. **Within 90 days** of the date of this entry, the Parties shall file the appropriate dismissal papers. Additional time may be granted if requested in writing before expiration of this period. The undersigned defers to the assigned judicial officers in Cause No. 1:25-cv-00520-JPH-TAB regarding the deadlines and motions, if any, as well as next steps on that case.

**SO ORDERED.**

Date: 2/18/2026

*Kellie M. Barr*
Kellie M. Barr
United States Magistrate Judge
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email